Nechele Hammock, Pro Se'
418 N. Exton Avenue
Inglewood, CA  90302
No phone/No Fax
nechele@yahoo.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nechele Hammock  Pro Se'<br>Plaintiff<br><br>V.<br><br>NCO Group, Inc., is a General Corporation (Inc.)<br>Defendant(s)<br><br>Does 1 through 10 | CV12-1105-DMG(MANx)<br><br>COMPLAINT<br><br>VIOLATION OF FAIR CREDIT REPORTING ACT<br>15 U.S.C. 1681 et seq.<br><br>TRIAL BY JURY |

TO THE CLERK OF THE COURT AND TO THE DEFENDANTS HEREIN

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

**Comes now** the Plaintiff Nechele Hammock :

1. Plaintiff's Complaint is based on the Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681 et seq.*

### PRELIMINARY STATEMENT

2. Ther is an action for damages; brought for damages for the violation of the Fair Credit Reporting Act (FCRA) 15 USC §1681, *et seq.*

## JURISDICTION

3. Jurisdiction of ther court arises pursuant to *15 U.S.C. §1681p* and *28 U.S.C. §1331.*

4. All conditions precedent to the bringing of ther action have been performed.

## VENUE

5. The Plaintiff, Nechele Hammock is a natural person and is a resident of the County of Los Angeles, State of California, and the action occurred here.

6. The Defendant NCO Group, Inc. transacts business in the State of California and in ther District.

## PARTIES

7. At all times hereinafter mentioned, The Plaintiff is a resident of Los Angeles County, State of California. Nechele Hammock, ("hereinafter Plaintiff").

8. The Defendant NCO Group, Inc. ("hereinafter NCO") is a General Corporation (Inc), form unknown, with office at 507 Prudential Road, Horsham, PA 19044.

## FACTUAL ALLEGATION

9. The FCRA, under CONGRESSIONAL FINDINGS AND STATEMENT OF PURPOSE, 15 U.S.C. 1681(a)(4) reads in relevant part: *"There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a **respect for the consumer's right to privacy".*** (Emphasis added).

10. The FCRA, under CONGRESSIONAL FINDINGS AND STATEMENT OF PURPOSE, 15 U.S.C. 1681(b) reads in relevant part: "(b) *Reasonable procedures.* It is **the purposes of ther title** to require that consumer reporting agencies adopt reasonable procedures for meeting the

needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable ***to the consumer***, with regard to the ***confidentiality,*** accuracy, relevancy, and proper utilization of such information in accordance with the requirements of ther title". (***Emphasis added***).

11. Thus, the strictly limited provisions set forth in section 1681(b) operate to support the ***confidentiality*** of consumer reports by limiting their dissemination.

12. On or about February of 2008 Plaintiff received her credit report from a major credit reporting agency TransUnion and found an entry by an entity that was unknown within the credit report.

13. Plaintiff observed and investigated her TransUnion credit report and discovered that NCO obtained her credit report on or about August of 2007 without her expressed consent.

14. Discovery of the violation of impermissible purpose brought forth herein occurred on or about February 2008 and are within the statute of limitations as defined in the FCRA *15 U.S.C. § 1681p.*

15. NCO is in violation of the Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681b by* obtaining Plaintiff's credit report without a permissible purpose from TransUnion, because at or about the time that NCO obtained Plaintiff's credit report, **none of the** specific and strictly **limited circumstances granting permissible purpose under section 1681(b) applied to NCO.**

16. At or about the time NCO obtained Plaintiff consumer credit report:
   A. Plaintiff did not authorize consumer reporting agency TransUnion to furnish her consumer report to NCO.
   B. Plaintiff did not authorize NCO to obtain her consumer report from TransUnion.

C. Plaintiff did not apply for any credit, loan, or services with NCO.

D. Plaintiff did not have any contractual relationship for credit, loan, or services with NCO.

E. Plaintiff did not owe any debt to NCO.

F. Plaintiff did not owe any debt as the result of a judgment to NCO.

G. Plaintiff did not apply for any employment with NCO.

H. Plaintiff did not apply for any insurance from NCO.

I. Plaintiff did not have any existing account or credit obligation with NCO.

J. Plaintiff was not named as an "authorized user" on any account with NCO

K. No court having jurisdiction issued any order to TransUnion to furnish Plaintiff's consumer report to NCO.

L. No head of State or local child support enforcement agency requested TransUnion to provide Plaintiff's consumer report to NCO.

M. No agency administering a state plan under section 454 of the Social Security Act (42 U.S.C. § 654) requested TransUnion to provide Plaintiff's consumer report to NCO.

N. Plaintiff did not apply for any license or other benefit granted by a governmental instrumentality through NCO.

O. Plaintiff did not receive any "firm offer of credit or insurance" from NCO.

## Count I

**VIOLATION OF THE FAIR CREDIT REPORTING ACT(FCRA), 15 U.S.C. § 1681 WILLFUL NON-COMPLIANCE BY DEFENDANT NCO**

17.     Plaintiff restates and reiterates herein all previous paragraphs 1-16.

18. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a(c).

19. TransUnion is a credit reporting agency within the meaning of 15 U.S.C. § 1681a(f).

20. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681a(d).

21. At no time did Plaintiff give her consent for NCO to acquire her consumer credit report from any credit reporting agency.

22. The action of NCO obtaining the consumer credit report of the Plaintiff on August 2007 with no permissible purpose or Plaintiff's consent, which was a willful violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

WHEREFORE, Plaintiff demands judgment for damages against NCO for statutory damages of $1000.00, punitive damages to be determined by ther honorable court, attorney's fees, pursuant to 15 U.S.C. § 1681n.

**"DEMAND FOR JURY TRIAL"**

Plaintiff hereby DEMANDS a trial by jury of all issues as a matter of law.

DATE: 1-30-2012

*Nechele Hammock*
Nechele Hammock
418 N. Exton Avenue
Inglewood, CA 90302
nechele@yahoo.com

418 N. Exton Ave
Inglewood, CA 90302



Complaint

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

United States District Court
312 N. Spring St.
Attn: Room G-19, Civil Intake Section
Los Angeles, Ca 90012

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nechele Hammock, Prose <br><br> PLAINTIFF(S) <br> v. <br><br> NCO Group, Inc., Is A General Corporation (Inc.) <br> Does 1 Through 10 <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV12-1105-DMG(MANx) <br><br><br> SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Nechele Hammock_____, whose address is __418 N. Exton Avenue Inglewood, Ca. 90302_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 2/15/12            By: __CH__SE __LAWYE__R
                                Deputy Clerk
                                (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dolly Gee and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

**CV12- 1105 DMG (MANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Nechele Hammock, Pro Se'
418 N. Exton Avenue
Inglewood, CA 90302

**DEFENDANTS**
NCO Group, Inc.
507 Prudential Road
Horsham, PA 19044

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Nechele Hammock, Pro Se'
418 N. Exton Avenue
Inglewood, CA 90302

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT:** $ 1000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of the FCRA 15 U.S.C 1681B

**VII. NATURE OF SUIT** (Place an X in one box only.)

| | | | | | |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV12-1105**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES, CALIFORNIA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | MONTGOMERY COUNTY, PENNSYLVANIA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES, CALIFORNIA | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Nechele Hammock_   Date _1-30-2012_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |