FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

NECHELE HAMMOCK, PRO SE'
418 N. EXTON AVENUE
INGLEWOOD, CA  90302

2012 FEB 15 PM 4:44

CLERK U.S. DIST. COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY _____

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NECHELE HAMMOCK, PRO SE' | CASE NUMBER: |
|---|---|
| Plaintiff(s), | **CV12-1105-**DMG(MANX) |
| v. | |
| NCO GROUP INC. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  NECHELE HAMMOCK
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary
interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible
disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                                                    **CONNECTION**
(List the names of all such parties and identify their connection and interest.)



LODGED

2012 FEB -8 PM 3:07

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY

1-30-2012
Date

_Nechele Hammock_
Sign

NECHELE HAMMOCK, PRO SE'
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    **NOTICE OF INTERESTED PARTIES**