JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NECHELE HAMMOCK,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NCO GROUP, INC., is a General<br>Corporation (Inc.) Does 1 through 10,<br><br>　　　　　　Defendants. | Case No.  CV 12-1105 DMG (MANx)<br><br>ORDER DISMISSING ENTIRE<br>ACTION WITH PREJUDICE [11] |

Based on the Stipulation to Dismiss Entire Action with Prejudice by Plaintiff Nechelle Hammock and Defendant NCO Group, Inc., the above-captioned action is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated:  May 11, 2012

_____

HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

[Proposed] Order Dismissing Entire Action With Prejudice
1